**Booker Taliferio HENDERSON, Petitioner–Appellant,**

v.

**Ronald J. ANGELONE, Director of the Virginia Department of Corrections, Respondent–Appellee.**

No. 01–7511.

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 20, 2001.

Decided Jan. 24, 2002.

Booker Taliferio Henderson, Appellant Pro Se. Linwood Theodore Wells, Jr., Assistant Attorney General, Richmond, Virginia, for Appellee.

Before WILKINS, NIEMEYER, and MICHAEL, Circuit Judges.

PER CURIAM.

Booker Taliferio Henderson seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2001). We have reviewed the record and the district court's opinion accepting the report and recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *Henderson v. Angelone*, No. CA–00–591–2 (E.D.Va. Aug. 24, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*